1022

[No. 38641-7-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
W. SCOGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-1-00992-6, Michael F. Moynihan, J.,
entered March 28, 1996. *Affirmed in part* and *reversed in
part* by unpublished per curiam opinion.

[No. 38658-1-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
EMANUEL MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-07907-1, Laura Inveen, J., entered April
22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38918-1-I.    Division One.    August 18, 1997.]

JOHN SEVY, *Appellant*, v. THE CITY OF CARNATION,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-28496-7, Faith Enyeart Ireland, J.,
entered June 28, 1996. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Baker, C.J., and Ellington, J.

[No. 39151-8-I.    Division One.    August 18, 1997.]

JAMES K. NEFF, *Appellant*, v. THE DEPARTMENT OF
LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 94-2-01446-0, David A. Nichols, J.,
entered July 19, 1996. *Affirmed* by unpublished per curiam
opinion.